UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA NEVADA MEMORIAL-MINERS HOSPITAL,<br><br>　　　*Plaintiff*,<br><br>　vs.<br><br>DOROTHY FINK, MD, in her official capacity as Acting Secretary, United States Department of Health and Human Services,<br><br>ACTING ADMINISTRATOR OF HEALTH RESOURCES AND SERVICES ADMINISTRATION,[1] in his or her official capacity as Administrator, Health Resources and Services Administration,<br><br>and<br><br>Health Resources and Services Administration,<br><br>　　　*Defendants*. | Civil Action No: 1:25-cv-00114 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sierra Nevada Memorial-Miners Hospital, hereby gives notice that this action is voluntarily dismissed. Defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff dismisses this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

---

[1] Per Fed. R. Civ. P. 25(d), where a public officer is named party in their official capacity, their successor is automatically substituted as the named party. At the time of this filing, a successor to HRSA Administrator, Carole Johnson, has not been named.

Dated: February 5, 2025

    Respectfully submitted,

    POLSINELLI PC

    By:   /s/ Chad Landmon
         CHAD LANDMON
         (D.C. Bar No. 990347)
         1401 Eye ("I") Street, N.W., Suite 800
         Washington, DC 20005
         (202) 783-3300
         Fax: (202) 783-3535
         clandmon@polsinelli.com

         *Attorney for Plaintiff Sierra Nevada Memorial-Miners Hospital*